# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-CV-0188-MJR |
| ) | |
| MERCY REGIONAL HEALTH ) | |
| SYSTEMS, LTD., d/b/a MERCY ) | |
| REGIONAL EMERGENCY HEALTH ) | |
| SERVICES and CLAYTON W. HOBBS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**REAGAN, District Judge**:

On April 4, 2008, the United States moved this Court to stay the above-captioned action until final disposition of the criminal matter in case number 08-CR-20042-MJR (Doc. 21). Therein, the United States argues that because many of the issues in the criminal case are related to the instant action, further proceedings could prejudice the rights of the Defendants with respect to the criminal matter. On April 3, 2008, Defendants filed a response (Doc. 22) stating that they agree that further proceedings in the civil matter could prejudice the Defendants. As a result, Defendants do not object to the United States's request for a stay.

Having reviewed the parties' filings, the Court hereby **GRANTS** the motion to stay (Doc. 21), and **STAYS** all further proceedings in this matter until disposition of the criminal matter, Case No. 08-30042-MJR or until further Order of this Court.

**IT IS SO ORDERED.**

**Dated this 8th day of April 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**